**Motion Granted, Appeal Dismissed, and Memorandum Opinion filed January 28, 2021.**



In The

# Fourteenth Court of Appeals

---

## NO. 14-20-00305-CV

---

## IN THE INTEREST OF J.C., A CHILD

---

**On Appeal from the 211th District Court
Denton County, Texas
Trial Court Cause No. 2009-30700-211**

---

## MEMORANDUM OPINION

This is an appeal from an order in a suit to modify the parent-child relationship signed December 26, 2019. On January 19, 2021, appellant filed a motion to dismiss the appeal. *See* Tex. R. App. P. 42.1. The motion is granted, and the appeal is dismissed.

PER CURIAM

Panel consists of Justices Wise, Hassan, and Wilson.